WRIGHT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Frederick Wright against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except FOLLETT and ADAMS, JJ., dissenting.

YOUNG, Appellant, v. BRIGGS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. December 18, 1897.) Action by Peter A. Young against George D. Briggs and Charles D. Marshall. No opinion. Judgment affirmed, with costs.

YOUNG, Appellant, v. FOX, Respondent. (Supreme Court, Appellate Division, First Department. November 12, 1897.) Action by Emma Young against Richard K. Fox. J. J. Adams, for appellant. A. H. Hummel, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

END OF CASES IN VOL. 48.